UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA MARIE STUBBS,** : | |
| : | |
| Plaintiff, : | CASE NO. 3:23-cv-1170 (AWT) |
| v. : | |
| : | |
| **KILOLO KIJAKAZI,** *ACTING* : | |
| *COMMISSIONER OF SOCIAL* : | |
| *SECURTY, USA* : | |
| : | |
| Defendant. : | |

## JUDGMENT

This action came on for consideration of the defendant's motion for entry of judgment under Sentence Four of 42 U.S.C. § 405(g) with reversal and remand of the cause to the defendant, with the consent of the plaintiff, before the Honorable Alvin W. Thompson, United States District Judge.

On November 13, 2023, the Honorable Alvin W. Thompson having considered the motion and the full record of the case including applicable principles of law, issued an order granting the defendant's motion with the plaintiff's consent. The order also directed the Clerk to close this case and remand it to the Commissioner for a de novo hearing.  It is therefore;

**ORDERED, ADJUDGED AND DECREED** that this case is remanded to the Commissioner for a de novo hearing, and this case is closed.

Dated at Hartford, Connecticut, this 17th day of November, 2023.

DINAH MILTON KINNEY, Clerk

By  /s/ Linda S. Ferguson
Linda S. Ferguson
Deputy Clerk

EOD: 11/17/2023